# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 16-5355                                                                September Term, 2016

1:12-cv-01158-BAH

Filed On: March 7, 2017 [1664819]

Owner-Operator Independent Drivers
Assn., Inc., et al.,

       Appellants

       v.

United States Department of
Transportation, et al.,

       Appellees

**O R D E R**

Upon consideration of the joint motion for extension of time to file briefs, it is

**ORDERED** that the motion be granted.  The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 7, 2017 |
| Appendix | April 7, 2017 |
| Appellees' Brief | June 7, 2017 |
| Appellants' Reply Brief | June 22, 2017 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                               Ken R. Meadows
                               Deputy Clerk